**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| SANDRA B.,<br><br>        Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>        Defendant. | CASE NO. CV 21-01209-AS<br><br><br><br>**JUDGMENT** |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

DATED: March 25, 2022

                                                  /s/
                                        ALKA SAGAR
                            UNITED STATES MAGISTRATE JUDGE